SUR PETITION FOR PANEL REHEARING WITH SUGGESTION FOR REHEARING IN BANC
BECKER, Circuit Judge.
The petitions for rehearing filed by Alexander Artway in No. 95-5195 and by the Attorney General of New Jersey and the Superintendent of the New Jersey State Police in Nos. 95-5157, 95-5194 and 95-5195 having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges in active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court in banc, the petition for rehearing is DENIED. Judges Green-berg, Nygaard, Alito, and Sarokin would grant rehearing. Judge Alito’s dissenting opinion sur denial of rehearing is attached.
OPINION SUR DENIAL OF REHEARING